IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN HOSPITAL RESEARCH CENTER OF OAKLAND, et al.,

    Defendants.

No. C 12-04517 WHA

**ORDER RE PLAINTIFF'S MOTION TO COMPEL**

The Court notes that a hearing on defendant's motion to dismiss and case management conference are set for December 13, 2012, at 8:00 a.m., at which time this Court will also hear argument on plaintiff's motion to compel, filed November 20, 2012.

The parties are **ORDERED** to meet-and-confer before the December 13 hearing. Defendant's response to the motion to compel is due by noon on December 6.

**IT IS SO ORDERED.**

Dated: November 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE