IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDREN HOSPITAL RESEARCH CENTER OF OAKLAND, et al.,

    Defendants.

No. C 12-04517 WHA

**ORDER GRANTING DEFENDANT JUNG'S REQUEST FOR FILING EXTENSION**

    Defendant Joanne Jung may have until **NOON OF DECEMBER 21, 2012**, to file an initial responsive pleading. Defendant is advised to read the order (Dkt. No. 51) dated December 5, 2012, dismissing the complaint and allowing plaintiff twenty-one (21) days from the date of the order to bring a motion seeking leave to file a second amended complaint. The Court expects defendant Jung to respond to said motion if said defendant is named. The case management conference scheduled for December 13, 2012, is still going forward. Counsel for defendant Jung is advised to attend.

    **IT IS SO ORDERED.**

Dated: December 6, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE