IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN'S HOSPITAL & RESEARCH CENTER OF OAKLAND, et al.,

    Defendants.

No. C 12-04517 WHA

**ORDER DENYING REQUEST FOR JUDICIAL NOTICE**

Plaintiff requests that the Court take judicial notice of an email communication. "An ordinary email is not the sort of document that deserves judicial notice." *Ward v. Mitchell*, No. 12-3932, 2012 WL 5301475, at *3 (N.D. Cal. Oct. 25, 2012) (Judge William Alsup). Further, there is no operative complaint or pending motion to which the document could be relevant. The request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: December 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE