IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHEK, | No. C 12-04517 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING SERVICE OF PROCESS** |
| CHILDREN HOSPITAL RESEARCH CENTER OF OAKLAND, et al., | |
| Defendants. | |

The United Sates Marshal is not to serve nor accept for service process from the plaintiff John Shek in this case (12-4517) unless explicitly ordered by the Court.

**IT IS SO ORDERED.**

Dated: December 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE