IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN'S HOSPITAL & RESEARCH CENTER IN OAKLAND, et al.,

    Defendants.

No. C 12-04517 WHA

**ORDER SETTING HEARING**

    Plaintiff has incorrectly noticed the hearing for his motion for leave to file a second amended complaint. The motion will be heard at **8:00 A.M.** on **FEBRUARY 7, 2012.**

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE