United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   JOHN SHEK,                                    No. C 12-04517 WHA
11              Plaintiff,
12      v.                                         **ORDER SETTING HEARING**
13   CHILDREN'S HOSPITAL & RESEARCH
14   CENTER IN OAKLAND, et al.,
15              Defendants.
                                          /
16
17          Plaintiff has incorrectly noticed the hearing for his motion for leave to file a second
18   amended complaint.  The motion will be heard at **8:00 A.M.** on **FEBRUARY 7, 2012.**
19
20          **IT IS SO ORDERED.**
21
22   Dated:   January 3, 2012.
23                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
24
25
26
27
28