United States District Court
For the Northern District of California

1

2

3

4

5

6                                   IN THE UNITED STATES DISTRICT COURT

7

8                                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10      JOHN SHEK,                                        No. C 12-04517 WHA

11                     Plaintiff,

12        v.                                              **ORDER SETTING HEARING**

13      CHILDREN'S HOSPITAL & RESEARCH
        CENTER IN OAKLAND, et al.,
14

15                     Defendant.
                                                       /
16

17            Plaintiff's motion for leave to file a second amended complaint (Dkt. No. 70) will be

18      heard on MARCH 21 AT 8:00 A.M.

19

20            **IT IS SO ORDERED.**

21

22      Dated:   February 25, 2013.                    _____
                                                       WILLIAM ALSUP
23                                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28