IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN HOSPITAL RESEARCH CENTER
OF OAKLAND, et al.,

    Defendants.

No. C 12-04517 WHA

**ORDER REGARDING SUBMISSION OF ADDITIONAL EVIDENCE**

In Judge Gonzalez Rogers' recent order is the suggestion, made to her by plaintiff, that there was a Mr. Joseph Robinson, Sr., and a Mr. Joseph Robinson, Jr., and both lived at the same address. Previously, the undersigned judge was aware that the victim of the wrongful service happened to have the same first and last name as the supposed intended target but was unaware of any particular relationship. If, in fact, either side has any evidence that the two were father and son living at the same address at the time of the improper service (or evidence to the contrary), then please submit such evidence by **NOON ON MARCH 19, 2013**, appended to a sworn declaration describing the specifics.

**IT IS SO ORDERED.**

Dated: March 12, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE