IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

  v.

CHILDREN'S HOSPITAL RESEARCH CENTER OF OAKLAND,

    Defendant.
                                 /

No. C 12-04517 WHA

**ORDER REQUESTING RESPONSE TO PLAINTIFF'S REQUEST TO CHANGE HEARING DATE**

Pro se plaintiff John Shek filed an ex parte motion to change the hearing scheduled for March 21, 2013. Defendant must respond to the motion by **FRIDAY, MARCH 15 AT NOON.**

**IT IS SO ORDERED.**

Dated: March 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE