IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHEK, | No. C 12-04517 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING HEARING** |
| CHILDREN'S HOSPITAL & RESEARCH CENTER IN OAKLAND, et al., | |
| Defendants. | |

Plaintiff requests that the March 21 hearing on his motion for leave to file a second amended complaint be rescheduled. Plaintiff did not suggest an alternative date in his request. Defendants do not oppose, but ask that any continuance be brief given the numerous delays in this action. In light of the parties' requests, the hearing will be rescheduled for **MARCH 28 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE