IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN'S HOSPITAL RESEARCH CENTER OF OAKLAND,

    Defendant.

No. C 12-04517 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying motion for leave to file a second amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE