IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

CHILDREN HOSPITAL RESEARCH CENTER OF OAKLAND,

    Defendant.

No. C 12-04517 WHA

**ORDER DENYING PREFILING REVIEW**

John Shek has filed a litany of actions in our district. In December 2013, he was declared a vexatious litigant. *Shek v. Children Hospital Research Center in Oakland, et al.*, No. 3:13-cv-02017-WHA (Dkt. No. 136).

Judgment in this action, case number 3:12-cv-04517-WHA, was entered in April 2013 (Dkt. No. 100). On August 13, 2014, John Shek submitted for prefiling review a complaint against Children Hospital Research Center of Oakland alleging the same grievances previously dismissed, which the Court has now reviewed. Prefiling review of the proposed complaint is **DENIED**. The Clerk shall return the papers to Mr. Shek.

**IT IS SO ORDERED.**

Dated: August 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE